STATE OF NEW JERSEY v. EMELIO ROLON AND ENRIQUE ROLON.

December 1, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND DE MARTINO.

December 1, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN GARY JOHNSON.

December 1, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. CLIFTON DARBY.

December 1, 1970. Petition for certification denied.

AGATHA KLACIK, *ET AL.* v. GEORGE KOVACS, *ET AL.*

December 1, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS EDWARD GIBSON.

December 1, 1970. Petition for certification denied.